No. 85–2112.   LODI TRUCK SERVICE, INC. *v.* DIVISION OF LABOR STANDARDS ENFORCEMENT, DEPARTMENT OF INDUSTRIAL RELATIONS OF CALIFORNIA.   Appeal from App. Dept.,

---

*JUSTICE SCALIA took no part in the consideration or decision of the orders announced on this date except for the order making allotment of Justices among the Circuits, see *ante*, p. v.

Super. Ct. Cal., County of San Joaquin, dismissed for want of substantial federal question.